WILLIAM C. HURT, as Ancillary Executor of WILLIAM H. HURT, Deceased, Appellant, *v.* ABRAHAM P. MILLER et al., Composing the Firm of MILLER & COMPANY, Respondents.

*Hurt* v. *Miller*, 120 App. Div. 833, affirmed.
(Argued December 12, 1907; decided January 7, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 1, 1907, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for the alleged wrongful sale by defendants, a firm of stockbrokers, of a contract for a number of bales of cotton bought by them for plaintiff's testator.

*C. A. Mountjoy* and *William King Hall* for appellant.

*Charles E. Rushmore* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.